# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1629
Lower Tribunal No. 20-3888
_____


**Gressela Bogran, et al.,**
Appellants,

vs.

**Jensen Cuervos,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Gressela Bogran and Elvis Morel, in proper persons.

Jensen Cuervos, in proper person.


Before EMAS, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.